IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GERDA ZINNER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-00535 |
| | ) | |
| STATE OF TENNESSEE, ET AL. | ) | Judge Aleta A. Trauger |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS BY DEFENDANTS STATE OF TENNESSEE,
STATE INSURANCE COMMITTEE AND ITS MEMBERS,
LOCAL EDUCATION INSURANCE COMMITTEE AND ITS MEMBERS,
DEPARTMENT OF FINANCE AND ADMINISTRATION,
DFA COMMISSIONER JIM BRYSON,
UNIVERSITY OF TENNESSEE, AND UT PRESIDENT RANDY BOYD**

Defendants State of Tennessee; the State Insurance Committee and its Members, in their official capacities (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Juan Williams, Bo Watson, Patsy Hazelwood, Michelle Consiglio-Young, Judi Knecht, Terry Carroll, Holly Girgies); the Local Education Insurance Committee and its Members, in their official capacities (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Maryanne Durski, Kristy Baddour, Erin Johnson, and Jennifer White); the Tennessee Department of Finance and Administration ("DFA") and Commissioner Jim Bryson, in his official capacity; and the University of Tennessee ("UT") and President Randy Boyd, in his official capacity, by and through counsel, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that Plaintiffs' Complaint against them be dismissed.

As discussed more fully in Defendants' separate Memorandum of Law, Plaintiffs fail to state a claim upon which relief can be granted as to their claims against each of these Defendants under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution; Title VII, 42 U.S.C. § 2000e, et seq.; and Title IX, 20 U.S.C. § 1681, et seq.

Certain claims against these Defendants are also barred on procedural grounds. Zinner lacks standing to assert any claims against UT or President Boyd due to the absence of causation and redressability. VanNess lacks standing to assert a § 1983 equal-protection claim against the State Defendants because that claim is moot and barred by sovereign immunity. And Plaintiffs' claims under Title VII and Title IX are untimely.

Accordingly, these Defendants respectfully request the Court to grant their motion and to dismiss each of Plaintiffs' claims against them with prejudice as a matter of law.

Dated: August 8, 2023                               Respectfully submitted,

                                                    <u>*/s/ Steven J. Griffin*</u>
                                                    Steven J. Griffin (Bar No. 40708)
                                                    Ryan N. Henry (Bar No. 40028)
                                                    Reed N. Smith (Bar No. 40059)
                                                    Brooke A. Huppenthal (Bar No. 40276)
                                                      Assistant Attorneys General
                                                    OFFICE OF THE TENNESSEE ATTORNEY
                                                    GENERAL & REPORTER
                                                    P.O. Box 20207
                                                    Nashville, TN 37202-0207
                                                    Phone: 615-741-9598
                                                    steven.griffin@ag.tn.gov
                                                    ryan.henry@ag.tn.gov

                                                    *Counsel for State Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, the undersigned filed the foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Ezra Cukor<br>Z. Gabriel Arkles<br>Andrea Green<br>Shayna Medley<br>Transgender Legal Defense and Education Fund, Inc.<br>520 8th Ave, Ste. 2204<br>New York, NY 10018<br>Telephone: (646) 862-9396<br>Facsimile: (646) 993-1686<br>ecukor@transgenderlegal.org<br>garkles@transgenderlegal.org<br>agreen@transgenderlegal.org<br>smedley@transgenderlegal.org<br><br>J. Scott Hickman (No. 17407)<br>Sherrard Roe Voigt & Harbison, PLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4200<br>Facsimile: (615) 742-4539<br>shickan@srvhlaw.com<br><br>Phillip F. Cramer (No. 20697)<br>Sperling and Slater, LLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4535<br>pcramer@sperling-law.com<br><br>Darren Teshima<br>Udit Sood<br>Covington & Burling, LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>E-mail: DTeshima@cov.com | Counsel for Plaintiffs |

| | |
|---|---|
| E-mail: USood@cov.com<br><br>Natalie Ritchie<br>Elaine H. Nguyen<br>Covington & Burling, LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 778-5465<br>E-mail: NRitchie@cov.com<br>E-mail: ENguyen@cov.com<br><br>Robert Winson<br>Covington & Burling, LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br>E-mail: RWinson@cov.com | |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936<br>David.Sanders@knoxcounty.org<br>Jessica.Johnson@knoxcounty.org | Counsel for Defendant Knox County Board of Education |

Respectfully submitted,

*/s/ Steven J. Griffin*
STEVEN J. GRIFFIN