IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GERDA ZINNER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-00535 |
| | ) | |
| THE STATE OF TENNESSEE, ET AL., | ) | Judge Aleta A. Trauger |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS AND TO INCREASE PAGE LIMITS**

Plaintiffs Gerda Zinner and Story VanNess, by and through counsel, respectfully request the Court extend their deadline for responding to the motion to dismiss filed by the State of Tennessee defendants[1] (D.I. 52) by 28 days, up to and including **September 19, 2023.** The original deadline is August 22, 2023. Plaintiffs also request the Court allow an enlargement of the twenty page limit for pretrial briefs contained in Section III.C.3 of the Court's Practice and Procedure Manual to twenty-five pages for their response brief to the motion to dismiss.

The State Defendants do not oppose this motion.[2] The State Defendants previously agreed to an extension of the deadline in exchange for an extension of time to respond to Plaintiffs' complaint. *See* D.I. 47.

---

[1] Kristy Baddour, Randy Boyd, Jim Bryson, Terry Carroll, Michelle Consiglio-Young, Maryanne Durski, Holly Girgies, Patsy Hazelwood, Erin Johnson, Judi Knecht, Carter Lawrence, David Lillard, Local Education Insurance Committee, Jason Mumpower, State Insurance Committee, State of Tennessee, The, Tennessee Department of Finance and Administration, The University of Tennessee, Bo Watson, Jennifer White, Juan Williams. Referred to herein as the "State Defendants."

[2] The Knox County Board of Education likewise does not oppose the motion.

The State Defendants' motion to dismiss was filed on August 8, 2023. Due to the number of arguments raised, Plaintiffs require additional time to prepare their responses to State Defendants' Motion. No undue delay will be incurred by the Court or the Parties as a result of the requested extension because a case management order has not yet been entered. Further, the State Defendants' memorandum in support of their motion to dismiss was 25 pages in length, and granting Plaintiffs' motion to file a brief of equal length will allow the Plaintiffs to adequately respond to the arguments advanced by the State Defendants in their motion as well as provide parity between the parties.

For these reasons, Plaintiffs respectfully request that the Court grant their motion for an extension of time to respond to the State Defendants' motion to dismiss until September 19, 2023 and for an enlargement of five pages to the applicable page limits for their response.

Respectfully submitted this 18th day of August, 2023.

<div style="column-count:2">

*/s/ J. Scott Hickman*
Scott Hickman (No. 17407)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
shickman@srvhlaw.com

*Attorneys for Plaintiffs*

*/s/ Phillip F. Cramer*
Phillip F. Cramer (No. 20697)
SPERLING & SLATER, LLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
Telephone: (615) 742-4535
pcramer@sperling-law.com

*Attorneys for Plaintiffs*

*/s/ Ezra Cukor*
Ezra Cukor
Z. Gabriel Arkles
Andrea Green
Shayna Medley
TRANSGENDER LEGAL DEFENSE
   AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: (646) 862-9396
Facsimile: (646) 993-1686
ecukor@transgenderlegal.org
garkles@transgenderlegal.org
agreen@transgenderlegal.org
smedley@transgenderlegal.org

*Attorneys for Plaintiffs*

*/s/ Darren Teshima*
Darren Teshima
Udit Sood
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: DTeshima@cov.com
E-mail: USood@cov.com

Natalie Ritchie
Elaine H. Nguyen
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
E-mail: NRitchie@cov.com
E-mail: ENguyen@cov.com

</div>

Robert Winson
COVINGTON & BURLING, LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
E-mail: RWinson@cov.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, the undersigned filed the foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Steven J. Griffin (Bar No. 40708)<br>Ryan N. Henry (Bar No. 40028)<br>Reed N. Smith (Bar No. 40059)<br>Brooke A. Huppenthal (Bar No. 40276)<br>Office of the Tennessee Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>Phone: 615-741-9598<br>steven.griffin@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>reed.smith@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Counsel for State Defendants |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936<br>David.Sanders@knoxcounty.org<br>Jessica.Johnson@knoxcounty.org | Counsel for Defendant Knox County Board of Education |

*/s/ J. Scott Hickman*