IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER and STORY VANNESS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-00535 |
| ) | |
| THE STATE OF TENNESSEE; ) | Judge Aleta A. Trauger |
| STATE INSURANCE COMMITTEE, THE ) | |
| STATE INSURANCE COMMITTEE ) | JURY TRIAL DEMANDED |
| MEMBERS IN THEIR OFFICIAL ) | |
| CAPACITIES (Jim Bryson, David Lillard; ) | |
| Jason Mumpower; Carter Lawrence; Juan ) | |
| Williams; Bo Watson; Patsy Hazelwood; ) | |
| Michelle Consiglio-Young; Judi Knecht; ) | |
| Terry Carroll; and Holly Girgies); LOCAL ) | |
| EDUCATION INSURANCE COMMITTEE; ) | |
| LOCAL EDUCATION COMMITTEE ) | |
| MEMBERS IN THEIR OFFICIAL ) | |
| CAPACITIES (Jim Bryson; David Lillard; ) | |
| Jason Mumpower; Carter Lawrence; ) | |
| Maryanne Durski; Kristy Baddour; Erin ) | |
| Johnson; and Jennifer White); TENNESSEE ) | |
| DEPARTMENT OF FINANCE AND ) | |
| ADMINISTRATION; THE COMMISSIONER ) | |
| OF THE DEPARTMENT OF FINANCE ) | |
| AND ADMINISTRATION IN HIS ) | |
| OFFICIAL CAPACITY, Jim Bryson; THE ) | |
| UNIVERSITY OF TENNESSEE; THE ) | |
| PRESIDENT OF THE UNIVERSITY OF ) | |
| TENNESSEE SYSTEM IN HIS OFFICIAL ) | |
| CAPACITY, Randy Boyd; KNOX COUNTY ) | |
| BOARD OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION FOR LEAVE
TO INCREASE PAGE LIMITS FOR REPLY BRIEF**

Defendants State of Tennessee; the State Insurance Committee; the Members of the State

Insurance Committee in their official capacities (Jim Bryson, David Lillard, Jason Mumpower,

Carter Lawrence, Juan Williams, Bo Watson, Patsy Hazelwood, Michelle Consiglio-Young, Judi

Knecht, Terry Carroll, Holly Girgies); the Local Education Insurance Committee; the members of the Local Education Committee in their official capacities (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Maryanne Durski, Kristy Baddour, Erin Johnson, and Jennifer White); the Tennessee Department of Finance and Administration; the Commissioner of The Department of Finance Administration in his Official Capacity, Jim Bryson; The University of Tennessee; the President of the University of Tennessee System in his Official Capacity, Randy Boyd (collectively, the "State Defendants") respectfully request leave for an enlargement of the five page limit to their reply brief in support of their motion to dismiss to a limit of ten pages. The Motion and Response raise numerous issues and address claims by different Plaintiffs whose legal posture differ relative to the State Defendants. Given the complexity of these multiple issues, the Parties have previously filed briefs with expanded page limits. Additionally, the U.S. Department of Justice ("DOJ") has supplemented Plaintiffs' briefing with an 11-page Statement of Interest in support of Plaintiffs. The requested expansion is necessary to adequately address the issues presented to the Court in the Parties' and DOJ's prior briefing.

Pursuant to L.R. 7.01(a)(1), counsel has conferred with the parties' counsel of record. Plaintiffs oppose the relief requested herein. Knox County Board of Education does not oppose the requested relief.

Respectfully submitted this 3rd day of October, 2023.

/s/ *Reed N. Smith*

Steven J. Griffin (Bar No. 40708)
Ryan N. Henry (Bar No. 40028)
Reed N. Smith (Bar No. 40059)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: 615-741-9598
steven.griffin@ag.tn.gov
ryan.henry@ag.tn.gov
reed.smith@ag.tn.gov

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, the undersigned filed foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Ezra Cukor<br>Z. Gabriel Arkles<br>Shayna Medley<br>Transgender Legal Defense and Education Fund, Inc.<br>520 8th Ave, Ste. 2204<br>New York, NY 10018<br>Telephone: (646) 862-9396<br>Facsimile: (646) 993-1686<br>ecukor@transgenderlegal.org<br>garkles@transgenderlegal.org<br>smedley@transgenderlegal.org<br><br>J. Scott Hickman (No. 17407)<br>Sherrard Roe Voigt & Harbison, PLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4200<br>Facsimile: (615) 742-4539<br>shickan@srvhlaw.com | Counsel for Plaintiffs |

| | |
|---|---|
| Phillip F. Cramer (No. 20697)<br>Sperling and Slater, LLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4535<br>pcramer@sperling-law.com<br><br>Darren Teshima<br>Udit Sood<br>Covington & Burling, LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>E-mail: DTeshima@cov.com<br>E-mail: USood@cov.com<br><br>Suzan Charlton<br>Natalie Ritchie<br>Elaine H. Nguyen<br>Covington & Burling, LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 778-5465<br>E-mail: SCharlton@.cov.com<br>E-mail: NRitchie@cov.com<br>E-mail: ENguyen@cov.com<br><br>Robert Winson<br>Covington & Burling, LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br>E-mail: RWinson@cov.com | |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936 | Counsel for Defendant Knox County Board of Education |

| David.Sanders@knoxcounty.org<br>Jessica.Johnson@knoxcounty.org | |
|---|---|
| Kimberly S. Veirs<br>S. Jae Lim<br>719 Church Street, Suite 3300<br>Nashville, TN 32703<br>Telephone: 615-736-5151<br>Email: Kimberly.Veirs@usdoj.gov<br>Email: Jae.Lim@usdoj.gov | Counsel for the United States |

      Respectfully submitted,

      */s/ Reed N. Smith*
      REED N. SMITH