IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GERDA ZINNER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-00535 |
| | ) | |
| STATE OF TENNESSEE, ET AL. | ) | Judge Aleta A. Trauger |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' JOINT MOTION
TO DISMISS FIRST AMENDED COMPLAINT**

Defendants State of Tennessee; the State Insurance Committee and its Members, in their official capacities (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Juan Williams, Bo Watson, Patsy Hazelwood, Michelle Consiglio-Young, Judi Knecht, Terry Carroll, and Holly Girgies); the Local Education Insurance Committee and its Members, in their official capacities (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Maryanne Durski, Kristy Baddour, Erin Johnson, and Jennifer White); the Tennessee Department of Finance and Administration ("DFA") and Commissioner Jim Bryson, in his official capacity; the Tennessee Department of Environment and Conservation; and the University of Tennessee ("UT") (collectively "State Defendants"), by and through counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that Plaintiffs' Complaint against them be dismissed.

As discussed more fully in Defendants' separate Memorandum of Law, Plaintiffs fail to state a claim upon which relief can be granted as to their claims against each of these Defendants under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution; Title VII; and Title IX.

Certain claims against these Defendants are also barred on procedural grounds. Zinner lacks standing to assert any claims against the University of Tennessee ("UT") due to the absence of causation or redressability. None of the State Defendants are considered VanNess' employer under Title VII. And Plaintiffs' claims under Title VII and Title IX are untimely.

Accordingly, these Defendants respectfully request the Court to grant their motion and to dismiss each of Plaintiffs' claims against them with prejudice as a matter of law.

Dated: December 6, 2023

Respectfully submitted,

*/s/ Steven J. Griffin*
Steven J. Griffin (Bar No. 40708)
  Senior Counsel for Strategic Litigation
Ryan N. Henry (Bar No. 40028)
Reed N. Smith (Bar No. 40059)
Brooke A. Huppenthal (Bar No. 40276)
  Assistant Attorneys General
OFFICE OF THE TENNESSEE ATTORNEY
GENERAL & REPORTER
P.O. Box 20207
Nashville, TN 37202-0207
Phone: 615-741-9598
steven.griffin@ag.tn.gov
ryan.henry@ag.tn.gov
reed.smith@ag.tn.gov
brooke.huppenthal@ag.tn.gov

*Counsel for State Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, the undersigned filed the foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Ezra Cukor<br>Z. Gabriel Arkles<br>Shayna Medley<br>Transgender Legal Defense and Education Fund, Inc.<br>520 8th Ave, Ste. 2204<br>New York, NY 10018<br>Telephone: (646) 862-9396<br>Facsimile: (646) 993-1686<br>ecukor@transgenderlegal.org<br>garkles@transgenderlegal.org<br>smedley@transgenderlegal.org<br><br>J. Scott Hickman (No. 17407)<br>Sherrard Roe Voigt & Harbison, PLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4200<br>Facsimile: (615) 742-4539<br>shickan@srvhlaw.com<br><br>Phillip F. Cramer (No. 20697)<br>Sperling and Slater, LLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4535<br>pcramer@sperling-law.com<br><br>Darren Teshima<br>Udit Sood<br>Covington & Burling, LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>DTeshima@cov.com<br>USood@cov.com<br><br>Suzan F. Charlton | Counsel for Plaintiffs |

| | |
|---|---|
| Natalie Ritchie<br>Elaine H. Nguyen<br>Covington & Burling, LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 778-5465<br>scharlton@cov.com<br>nritchie@cov.com<br>enguyen@cov.com<br><br>James A. Holloway<br>Covington & Burling, LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br>jholloway@cov.com | |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936<br>David.Sanders@knoxcounty.org<br>Jessica.Johnson@knoxcounty.org | Counsel for Defendant Knox County Board of Education |
| Kimberly S. Veirs<br>S. Jae Lim<br>Ejaz H. Baluch, Jr.<br>Jennifer M. Swedish<br>United States Attorney's Office<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Kimberly.Veirs@usdoj.gov<br>Jae.Lim@usdoj.gov<br>Ejaz.Baluch@usdoj.gov<br>Jennifer.Swedish@usdoj.gov | Counsel for Interested Party United States of America |

Respectfully submitted,

*/s/ Steven J. Griffin*
STEVEN J. GRIFFIN