# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER, ET AL., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   No. 3:23-cv-107 |
| | ) |
| KNOX COUNTY BOARD OF | ) |
| EDUCATION, et al. | ) |
| | ) |
|     Defendants. | ) |

## KNOX COUNTY BOARD OF EDUCATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Knox County Board of Education ("KCBOE"), by and through counsel, pursuant to *Federal Rule of Civil Procedure* 12(b)(6), respectfully request that Plaintiff Jordan Story VanNess's Complaint be dismissed for failure to state a claim upon which relief may be granted. Plaintiff VanNess fails to state a claim under the Equal Protection Clause of the Fourteenth Amendment because the Complaint failed to identify a custom, practice, or policy of KCBOE that is the cause of their constitutional injury. Further, Plaintiff's claims under Title VII and Title XI are untimely and fail to state a claim upon which relief may be granted. With this motion, KCBOE is contemporaneously filing a Memorandum of Law in support of this Motion which fully sets out these arguments. KCBOE incorporates by reference that Memorandum as if fully set forth herein. Finally, KCBOE also fully adopts the arguments made by the State Defendants in their Motion to Dismiss and incorporated Memorandum of Law [Doc. 92 and 93], specifically sections IA-B, IIA-B, and D as if fully set forth herein.

Accordingly, KCBOE respectfully requests that the Court grant this motion and dismiss each of Plaintiff's claims with prejudice.

Respectfully submitted.

s/ *Jessica Jernigan-Johnson*
Jessica Jernigan-Johnson (BPR #032192)
David M. Sanders (BPR #016885)
Senior Deputy Knox County Law Director
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
*Attorneys for Knox County
Board of Education*

## **CERTIFICATE OF SERVICE**

I certify that on December 6, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon:

Ezra Cukor (admitted *pro hac vice*)
Z Gabriel Arkles (admitted *pro hac vice*)
Andrea Green (admitted *pro hac vice*)
Shayna Medley (admitted *pro hac vice*)
TRANSGENDER LEGAL DEFENSE
 AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
ecukor@transgenderlegal.org
garkles@transgenderlegal.org
agreen@transgenderlegal.org
smedley@transgenderlegal.org

J. Scott Hickman (No. 17407)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
shickman@srvhlaw.com

Phillip F. Cramer (No. 20697)
SPERLING & SLATER, LLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
pcramer@sperling-law.com

Darren Teshima (admitted *pro hac vice*)
Udit Sood (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
DTeshima@cov.com
USood@cov.com

Natalie Ritchie (admitted *pro hac vice*)
Elaine H. Nguyen (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
NRitchie@cov.com
ENguyen@cov.com

Robert Winson (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
RWinson@cov.com
*Counsel for Plaintiffs*

Ryan N. Henry
Tennessee Attorney General's Office
500 MLK Jr. Blvd.
Nashville, TN  37243
(615) 532-2935
Ryan.henry@ag.tn.gov

Steven James Griffin
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 3 7202
steven.griffin@ag.tn.gov
*Counsel for State Defendants*

                                                s/ *Jessica Jernigan-Johnson*

JESSICA JERNIGAN-JOHNSON