# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Gerda Zinner and Story Vanness )
*Plaintiff* )
v. ) Civil Action No. 3:23-cv-00535
The State of Tennessee, et al. )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Tennessee Department of Environment and Conservation
    c/o Steven J. Griffin
    Deputy Attorney General
    315 Deaderick Street, 20th Floor
    Nashville, TN 37202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/07/23

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Counsel for Plaintiffs Gerda Zinner and Story Vanness**

Ezra Cukor (ecukor@transgenderlegal.org) (admitted *pro hac vice*)
Gabriel Arkles (garkles@transgenderlegal.org) (admitted *pro hac vice*)
Shayna Medley (smedley@transgenderlegal.org) (admitted *pro hac vice*)
TRANSGENDER LEGAL DEFENSE & EDUCATION FUND
520 8th Ave., Ste. 2204
New York, NY 10018
(646) 862-9396

Darren Teshima (dteshima@cov.com) (admitted *pro hac vice*)
Udit Sood (usood@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Ste. 5400
San Francisco, CA 94105-2533
(415) 591-6000

Suzan F. Charlton (scharlton@cov.com) (admitted *pro hac vice*)
Natalie Ritchie (nritchie@cov.com) (admitted *pro hac vice*)
Elaine Nguyen (enguyen@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

James A. Holloway (JHolloway@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800

J. Scott Hickman (shickman@srvhlaw.com)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Ste. 1100
Nashville, TN 37201
(615) 742-4200

Phillip F. Cramer (pcramer@sperling-law.com)
SPERLING & SLATER, LLC
150 3rd Avenue South, Ste. 1100
Nashville, TN 37201
(615) 742-4535