IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-00535 |
| ) | |
| STATE OF TENNESSEE, ET AL. ) | Judge Aleta A. Trauger |
| ) | |
| Defendants. ) | |

## STATE DEFENDANTS' RESPONE TO PLAINTIFFS'
## NOTICE OF SUPPLEMENTAL AUTHORITY

State Defendants respectfully submit this Response to Plaintiffs' Notice of Filing of Supplemental Authority, E.D. 113, regarding *Kadel v. Folwell*, No. 22-1721, 2024 WL 1846802 (4th Cir. Apr. 29, 2024). Plaintiffs point to this non-binding authority to support equal-protection arguments that were all considered, and squarely rejected, by the Sixth Circuit in *L.W. ex rel. Williams v. Skrmetti*, 83 F.4th 460 (2023).

*First*, the Fourth Circuit's finding of sex discrimination was based on its flawed reasoning that performing a procedure to treat a physical problem is the "same medically necessary treatment" when performed to treat the purely psychological condition of gender dysphoria. *Kadel*, 2024 WL 1846802, at *1, 16. As *Kadel* tells it, performing a vaginoplasty on a female to treat a congenital defect is no different than removing the healthy genitals of a gender dysphoric male and creating a neovagina in their place. *Id.* at *16. The Sixth Circuit has rejected that exact argument. *L.W.*, 83 F.4th at 481-82 (finding that sex-transition procedures are "unique to each sex" and that regulation of the same does not trigger heightened scrutiny).

*Second*, the Sixth Circuit has rejected *Kadel's* reasoning that a law or policy "referencing sex" necessarily triggers heightened review, 2024 WL 1846802, at *17. *See L.W.*, 83 F.4th at 482 (collecting

laws regulating medical procedures defined by sex, including abortion, female genital mutilation, prostate cancer, cervical cancer, and others). To be sure, the Exclusion at issue here is sex-neutral because it applies equally to both sexes and "does not prefer one sex over the other." See *L.W.*, 73 F.4th at 480; *see also* E.D. 106 at 1-4 (rebutting Plaintiffs' argument).

*Third*, the Sixth Circuit has rejected *Kadel's* reasoning that a law or policy regulating sex-transition procedures unlawfully "stems from gender stereotypes," 2024 WL 1846802, at *17. *See L.W.*, 83 F.4th at 485-86 ("[r]ecognizing and respecting biological sex differences does not amount to stereotyping").

*Fourth*, the Fourth Circuit's assertion that restrictions placed on sex-transition procedures constitute a "proxy" for discrimination based on transgender status, *Kadel*, 2024 WL 1846802, at 14, is the same argument unsuccessfully raised by the *L.W.* dissent—and which the majority declined to adopt. *See L.W.*, 83 F.4th at 501 (White, J., dissenting); *see also* E.D. 106 at 4 (rebutting Plaintiffs' argument). Moreover, Plaintiffs here, like the *Kadel* majority, neglect to engage in the legal analysis required to establish intentional discrimination by proxy. *See Kadel*, 2024 WL 1846802 at 40 (Richardson, J., dissenting) (citing *Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252, 266 (1977) (explaining that discrimination by proxy may be presumed only if a classification is "unexplainable on grounds other than" a protected trait)); *see also* E.D. 101 at 25-26.

*Finally*, *Kadel* proceeded under the assumption that "transgender people constitute a quasi-suspect class" that triggers heightened scrutiny. 2024 WL 1846802 at *9. The Sixth Circuit has held they do not. *L.W.*, 83 F.4th at 486-87 ("rational basis review applies"); *see also* E.D. 93 at 5-8 and E.D. 106 at 4-5 (rebutting Plaintiffs' argument).

2

Case 3:23-cv-00535　　Document 115　　Filed 05/07/24　　Page 2 of 5 PageID #: 1429

This Court should follow the Sixth Circuit's binding analysis set forth in *L.W.* and grant State Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint.

Respectfully submitted,

/s/ *Steven Griffin*
Steven J. Griffin (Bar No. 40708)
  *Senior Counsel for Strategic Litigation*
Ryan N. Henry (Bar No. 40028)
Reed N. Smith (Bar No. 40059)
  *Assistant Attorneys General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: 615-741-9598
steven.griffin@ag.tn.gov
ryan.henry@ag.tn.gov
reed.smith@ag.tn.gov

*Counsel for State Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, the undersigned filed foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Ezra Cukor<br>Z. Gabriel Arkles<br>Shayna Medley<br>Transgender Legal Defense and Education Fund, Inc.<br>520 8th Ave, Ste. 2204<br>New York, NY 10018<br>Telephone: (646) 862-9396<br>Facsimile: (646) 993-1686<br>ecukor@transgenderlegal.org<br>garkles@transgenderlegal.org<br>smedley@transgenderlegal.org<br><br>J. Scott Hickman (No. 17407)<br>Sherrard Roe Voigt & Harbison, PLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4200<br>Facsimile: (615) 742-4539<br>shickan@srvhlaw.com<br><br>Phillip F. Cramer (No. 20697)<br>Sperling and Slater, LLC<br>150 3rd Ave. South, Suite 1100<br>Nashville, TN 37201<br>Telephone: (615) 742-4535<br>pcramer@sperling-law.com<br><br>Darren Teshima<br>Udit Sood<br>Covington & Burling, LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>DTeshima@cov.com<br>USood@cov.com | Counsel for Plaintiffs |

| | |
|---|---|
| Suzan F. Charlton<br>Natalie Ritchie<br>Elaine H. Nguyen<br>Covington & Burling, LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 778-5465<br>scharlton@cov.com<br>nritchie@cov.com<br>enguyen@cov.com<br><br>James A. Holloway<br>Covington & Burling, LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br>jholloway@cov.com | |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936<br>David.Sanders@knoxcounty.org<br>Jessica.Johnson@knoxcounty.org | Counsel for Defendant Knox County Board of Education |
| Kimberly S. Veirs<br>S. Jae Lim<br>Ejaz H. Baluch, Jr.<br>Jennifer M. Swedish<br>United States Attorney's Office<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>Telephone: (615) 736-5151<br>Kimberly.Veirs@usdoj.gov<br>Jae.Lim@usdoj.gov<br>Ejaz.Baluch@usdoj.gov<br>Jennifer.Swedish@usdoj.gov | Counsel for Interested Party United States of America |

Respectfully submitted,

*/s/ Ryan Henry*
RYAN N. HENRY