UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER; JORDAN STORY VANNESS; and AMELIA HAMEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE STATE OF TENNESSEE et al., | ) ) |
| Defendants. | ) ) |

Case No. 3:23-cv-00535
Judge Aleta A. Trauger

## ORDER

Currently pending are the State Defendants' Joint Motion to Dismiss (Doc. No. 92) and the Knox County Board of Education's Motion to Dismiss (Doc. No. 94). The defendants' briefing relies extensively on the Sixth Circuit's opinion in *L.W. ex rel. Williams v. Skrmetti*, 83 F.4th 460, 469 (6th Cir. 2023), which, the defendants argue, sets forth the appropriate constitutional framework for considering legal restrictions on medical care for gender dysphoria. After the motions were filed and initial briefing was completed, the United States Supreme Court granted certiorari in that case. *See United States v. Skrmetti*, 144 S. Ct. 2679 (2024). The court finds that it would not be in the interests of justice or judicial economy to resolve the pending motions until the appeal in *L.W.* has been fully decided. The court's consideration of the motions is therefore **STAYED** pending resolution of that appeal. The Clerk shall administratively close this file.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge