# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GERDA ZINNER, STORY VANNESS and AEMILIA HAMEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-535 |
| STATE OF TENNESSEE, et al., | ) ) | Judge Aleta A. Trauger |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF THE UNITED STATES' STATEMENT OF INTEREST

The United States respectfully gives this notice that it is hereby withdrawing its statement of interest, filed on January 10, 2024.

Date:   February 27, 2025

ANDREW MCCOY WARNER
Deputy Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD (MD Bar, no
number issued)
Chief
Employment Litigation Section
Civil Rights Division

MEREDITH L. BURRELL (MD Bar, no
number issued)
Principal Deputy Chief
Employment Litigation Section
Civil Rights Division

LORI B. KISCH (DC Bar No. 491282)
Special Litigation Counsel
Employment Litigation Section
Civil Rights Division

s/ Jennifer M. Swedish
JENNIFER M. SWEDISH (D.C. Bar No.
977746) * *Admitted pro hac vice*
Deputy Chief
Civil Rights Division
Employment Litigation Section
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone: (202) 353-5107
Email:  Jennifer.Swedish@usdoj.gov

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS, B.P.R. #034811
S. JAE LIM, B.P.R. #034764
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
Email:  Kimberly.Veirs@usdoj.gov
Email:  Jae.Lim@usdoj.gov

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 27, 2025, the foregoing document was filed electronically and was served by electronic means via the Court's electronic filing system to:

| | |
|---|---|
| Ezra Ungrich Cukor, Esq.<br>Shayna Medley, Esq.<br>Z. Gabriel Arkels, Esq.<br>Transgender Legal Defense and Educational Fund, Inc.<br>520 8th Avenue, Suite 2204<br>New York, NY 10018<br>Email: ECukor@transgenderlegal.org<br>Email: Smedley@transgenderlegal.org<br>Email: GArkels@transgenderlegal.org | J. Scott Hickman, Esq.<br>Sherrard Roe Voigt & Harbison, PLC<br>150 Third Avenue South, Suite 1100<br>Nashville, TN 37201<br>Email: shickman@srvhlaw.com |
| Darren Teshima, Esq.<br>James Holloway<br>Covington & Burling, LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Email: Dteshima@cov.com<br>Email: Jholloway@cov.com | Phillip F. Cramer, Esq.<br>Sperling & Slater, P.C.<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>Email: pcramer@sperling-law.com |
| Elaine H. Nguyen, Esq.<br>Natalie Richie, Esq.<br>Suzan Charlton, Esq.<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Email: ENguyen@cov.com<br>Email: NRitchie@cov.com<br>Email: scharlton@cov.com | Brooke Ashley Huppenthal, Esq.<br>Reed Neal Smith, Esq.<br>Ryan Nicole Henry, Esq.<br>Steven James Griffin, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Email: brooke.huppenthal@ag.tn.gov<br>Email: reed.smith@ag.tn.gov<br>Email: ryan.henry@ag.tn.gov<br>Email: steven.griffin@ag.tn.gov |

3

<table>
<tr><td>

David M. Sanders, Esq.
Jessica Jernigan-Johnson, Esq.
Knox County Law Department
400 W Main Street, Suite 612
Knoxville, TN 37902
Email: david.sanders@knoxcounty.org
Email: jessica.johnson@knoxcounty.org

</td><td></td></tr>
</table>

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS
Assistant United States Attorney

4