IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:23-cv-00535 |
| ) | |
| ) | Judge Aleta A. Trauger |
| THE STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**CONSENT MOTION FOR REOPENING OF COUNT II, DISMISSAL WITHOUT PREJUDICE OF COUNTS I AND III OF PLAINTIFFS' FIRST AMENDED COMPLAINT, AND FOR A SUPPLEMENTAL BRIEFING SCHEDULE**

Plaintiffs Gerda Zinner, Story VanNess, and Aemilia Hamel (together, the "Plaintiffs"), with the consent of Defendants, respectfully move the Court for an order reopening this action, which the Court stayed and administratively closed pending the United States Supreme Court's resolution of *L.W. ex rel. Williams v. Skrmetti*, 83 F.4th 460 (6th Cir. 2023) and *United States v. Skrmetti*, 144 S. Ct. 2679, *cert. granted* (2024). Doc. 125 ("Stay Order"). Plaintiffs specifically seek to reopen the case as to Count II, while moving under Federal Rule 21 to dismiss without prejudice Counts I and III, for the reasons set forth below and in the accompanying Memorandum of Law.

*First*, now that *Skrmetti* has been decided, the Stay Order can be lifted.

*Second*, in keeping with the Stay Order's stated purpose of promoting judicial economy, Plaintiffs currently seek to reopen only their Title VII claims under Count II of the First Amended Complaint; Plaintiffs are not requesting that the Court reopen Counts I and III at this time and are

seeking voluntarily dismissal of those claims under Federal Rule of Civil Procedure 21. As to Count I, involving Plaintiffs' Equal Protection claims, during the time between the Stay Order and present, all Plaintiffs have unenrolled from the State of Tennessee Comprehensive Medical and Hospitalization Program ("the Program")—the state of Tennessee's insurance program containing the exclusion of insurance coverage for gender affirming care, at issue in this case. Consequently, Plaintiffs currently assert no claims for injunctive relief under the Equal Protection Clause, and accordingly wish to dismiss without prejudice their Equal Protection claims under Count I of the First Amended Complaint, including dismissal of the following individuals named as defendants to Count I: the State Insurance Committee Members in Their Official Capacity (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Juan Williams, Bo Watson, Patsy Hazelwood, Michelle Consiglio-Young, Judi Knecht, Terry Carroll, and Holly Girgies); Local Education Committee Members in Their Official Capacity (Jim Bryson, David Lillard, Jason Mumpower, Carter Lawrence, Maryanne Durski, Kristy Baddour, Erin Johnson, and Jennifer White); and the Commissioner of the Department of Finance and Administration in His Official Capacity (Jim Bryson). Doc. 89 ("First Amended Complaint").

Similarly, as to Count III, in recognition of the interests of judicial economy stated in the Stay Order, Plaintiffs Ms. VanNess and Ms. Zinner request to dismiss without prejudice their Title IX claims asserted against Defendants the University of Tennessee and Knox County Schools, pursuant to Rule 21. Unlike Count I's Equal Protection claims, Plaintiffs' Title IX claims are not dependent on the Plaintiffs' continued status as Program members. However, although their Title IX claims remain viable, they are only asserted by two Plaintiffs, Ms. VanNess and Ms. Zinner, against two Defendants, the University of Tennessee and Knox County Schools, whereas all three Plaintiffs assert their Title VII claims against all institutional Defendants. Dismissing without

prejudice Plaintiffs' Title IX claims against the University of Tennessee and Knox County Schools at this time will allow for a more efficient and expeditious resolution of the litigation.

*Third,* in conjunction with reopening the case, Plaintiffs further move the Court for leave to file supplemental briefing on the parties' respective positions about the applicability of the *Skrmetti* decision, if any, to Defendants' motions to dismiss as to Plaintiffs' Title VII claims. At the time of the stay, the Defendants' motions to dismiss (Doc. 92, 94) were pending, and the Court recognized that the decision in *Skrmetti* could have bearing on Plaintiffs' case. Doc. 125. Now that the Supreme Court has issued its decision in *Skrmetti*, the parties should be given the opportunity to brief the Court on how, if at all, that decision applies to this case. The parties propose simultaneous briefing, up to fifteen pages, to be filed within twenty-one (21) days of the Court's Order reopening the case.

Accordingly, for the foregoing reasons, Plaintiffs respectfully request that this Court (i) reopen the current action as to Count II of the First Amended Complaint, (ii) dismiss without prejudice Counts I and III, and (iii) order further briefing about the applicability of *Skrmetti* to the Defendants' pending Motion to Dismiss as to Plaintiffs' remaining claims under Title VII.

Plaintiffs and Defendants have conferred and Defendants consent to this Motion.

Dated: August 12, 2025

/s/Darren Teshima
Darren Teshima (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: dteshima@cov.com

Suzan F. Charlton (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
E-mail: scharlton@cov.com

*Respectfully submitted,*

/s/Scott Hickman
Scott Hickman (No. 17407)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
shickman@srvhlaw.com

*Attorney for Plaintiffs*

/s/Phillip F. Cramer
Phillip F. Cramer (No. 20697)
SPERLING & SLATER, LLC
1121 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (615) 742-4535
pcramer@sperling-law.com

*Attorney for Plaintiffs*

/s/Ezra Cukor
Ezra Cukor (admitted *pro hac vice*)
Z Gabriel Arkles (admitted *pro hac vice*)
Shayna Medley (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: (646) 862-9396
Facsimile: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
smedley@transequality.org

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, the undersigned filed the foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Steven J. Griffin (Bar No. 40708)<br>Ryan N. Henry (Bar No. 40028)<br>Reed N. Smith (Bar No. 40059)<br>Brooke A. Huppenthal (Bar No. 40276)<br>Office of the Tennessee Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>Phone: 615-741-9598<br>steven.griffin@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>reed.smith@ag.tn.gov<br>brooke.huppenthal@ag.tn.gov | Counsel for State Defendants |
| David M. Sanders (Bar No. 016885)<br>Jessica Jernigan-Johnson (Bar No. 032192)<br>Knox County, Tennessee<br>400 W. Main St., Suite 612<br>City-County Building<br>Knoxville, Tennessee 37902<br>Telephone: 865-215-3236<br>Facsimile: 865-215-2936<br>david.sanders@knoxcounty.org<br>jessica.johnson@knoxcounty.org | Counsel for Defendant Knox County Board of Education |