IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERDA ZINNER and STORY VANNESS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF TENNESSEE; ) <br> STATE INSURANCE COMMITTEE, THE ) <br> STATE INSURANCE COMMITTEE ) <br> MEMBERS IN THEIR OFFICIAL ) <br> CAPACITIES (Jim Bryson, David Lillard; ) <br> Jason Mumpower; Carter Lawrence; Juan ) <br> Williams; Bo Watson; Patsy Hazelwood; ) <br> Michelle Consiglio-Young; Judi Knecht; ) <br> Terry Carroll; and Holly Girgies); LOCAL ) <br> EDUCATION INSURANCE COMMITTEE; ) <br> LOCAL EDUCATION COMMITTEE ) <br> MEMBERS IN THEIR OFFICIAL ) <br> CAPACITIES (Jim Bryson; David Lillard; ) <br> Jason Mumpower; Carter Lawrence; ) <br> Maryanne Durski; Kristy Baddour; Erin ) <br> Johnson; and Jennifer White); TENNESSEE ) <br> DEPARTMENT OF FINANCE AND ) <br> ADMINISTRATION; THE COMMISSIONER ) <br> OF THE DEPARTMENT OF FINANCE ) <br> AND ADMINISTRATION IN HIS ) <br> OFFICIAL CAPACITY, Jim Bryson; THE ) <br> UNIVERSITY OF TENNESSEE; THE ) <br> PRESIDENT OF THE UNIVERSITY OF ) <br> TENNESSEE SYSTEM IN HIS OFFICIAL ) <br> CAPACITY, Randy Boyd; KNOX COUNTY ) <br> BOARD OF EDUCATION, ) <br> ) <br> Defendants. ) | Civil Action No. 3:23-cv-00535 <br><br> Judge Aleta A. Trauger <br><br> JURY TRIAL DEMANDED |

**NOTICE OF ADOPTION OF STATE'S SUPPLEMENTAL BRIEFING**

Defendant Knox County Board of Education ("KCBE") hereby provides notices that it adopts and incorporates by reference the arguments made by the State Defendants in their supplemental briefing in support of its Motion to Dismiss the First Amended Complaint [Doc.

1

134] as if fully set forth herein.

Dated: September 2, 2025  Respectfully submitted,

/s  Jessica Jernigan-Johnson

David M. Sanders (No. 016885)
Jessica Johnson (No. 032192)
Knox County, Tennessee
400 W. Main St., Suite 612
City-County Building
Knoxville, Tennessee 37902
Telephone: (865) 215-3236
Facsimile: (865) 215-2936
E-mail: David.Sanders@knoxcounty.org
         Jessica.Johnson@knoxcounty.org

*Attorneys for Knox County Board of Education*

# CERTIFICATE OF SERVICE

I certify that on September 2, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon:

Ezra Cukor (admitted *pro hac vice*)
Z Gabriel Arkles (admitted *pro hac vice*)
Andrea Green (admitted *pro hac vice*)
Shayna Medley (admitted *pro hac vice*)
TRANSGENDER LEGAL DEFENSE
 AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
ecukor@transgenderlegal.org
garkles@transgenderlegal.org
agreen@transgenderlegal.org
smedley@transgenderlegal.org

J. Scott Hickman (No. 17407)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201

shickman@srvhlaw.com

Phillip F. Cramer (No. 20697)
SPERLING & SLATER, LLC
1221 Broadway, Suite 2140
Nashville, TN 37203
pcramer@sperling-law.com

Darren Teshima (admitted *pro hac vice*)
Udit Sood (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
DTeshima@cov.com
USood@cov.com

Natalie Ritchiem Esq.
Elaine H. Nguyen, Esq.
Suzan Charlton, Esq.
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
NRitchie@cov.com
ENguyen@cov.com

scharlton@cov.com

Robert Winson (admitted *pro hac vice*)
COVINGTON & BURLING, LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
RWinson@cov.com
*Counsel for Plaintiffs*

Ryan N. Henry
Tennessee Attorney General's Office
500 MLK Jr. Blvd.
Nashville, TN 37243
(615) 532-2935
Ryan.henry@ag.tn.gov

Steven James Griffin
Brooke Ashley Huppenthal
Reed N. Smith
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202
(615) 741-9593
steven.griffin@ag.tn.gov
brooke.huppenthal@ag.tn.gov
reed.smith@ag.tn.gov
*Counsel for State Defendants*

Kimberly S. Veirs
S. Jae Lim
US Attorneys Office (Nashville)
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
Kimberly.Veirs@usdoj.gov
Jae.Lim@usdoj.gov
*Counsel for United States of America*

                                              s/ *Jessica Jernigan-Johnson*
                                              JESSICA JERNIGAN-JOHNSON