# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GERDA ZINNER, STORY VANNESS and AEMILIA HAMEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-535 |
| STATE OF TENNESSEE, et al., | ) ) | Judge Aleta A. Trauger |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR THE UNITED STATES

Pursuant to Local Rule 83(g), S. Jae Lim, Kimberly S. Veirs, and Jennifer M. Swedish hereby notify this Court of their withdrawal as counsel of record for the United States of America. On February 27, 2025, the United States withdrew its statement of interest (Doc. No. 128). The United States is thus no longer an interested party in this action and does not require representation by counsel. Additionally, Mses. Veirs and Swedish are no longer employed by the Department of Justice.

Date: November 21, 2025

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States Attorney
Middle District of Tennessee

s/ S. Jae Lim
S. JAE LIM, B.P.R. #034764
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: Jae.Lim@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, the foregoing document was filed electronically and was served by electronic means via the Court's electronic filing system to:

| | |
|---|---|
| Ezra Ungrich Cukor, Esq.<br>Shayna Medley, Esq.<br>Z. Gabriel Arkels, Esq.<br>Kelly Parry-Johnson, Esq.<br>Cathy Zhang, Esq.<br>Transgender Legal Defense and Educational Fund, Inc.<br>520 8th Avenue, Suite 2204<br>New York, NY 10018<br>Email: ECukor@transgenderlegal.org<br>Email: Smedley@transgenderlegal.org<br>Email: GArkels@transgenderlegal.org<br>Email: kparry-johnson@transequality.org<br>Email: czhang@transequality.org | J. Scott Hickman, Esq.<br>Sherrard Roe Voigt & Harbison, PLC<br>1600 West End Avenue, Suite 1750<br>Nashville, TN 37203<br>Email: shickman@srvhlaw.com |
| Darren Teshima, Esq.<br>Covington & Burling, LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Email: Dteshima@cov.com | Phillip F. Cramer, Esq.<br>Sperling & Slater, P.C.<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>Email: pcramer@sperling-law.com |
| Elaine H. Nguyen, Esq.<br>Natalie Ritchie, Esq.<br>Suzan Charlton, Esq.<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Email: ENguyen@cov.com<br>Email: NRitchie@cov.com<br>Email: scharlton@cov.com | Brooke Ashley Huppenthal, Esq.<br>Reed Neal Smith, Esq.<br>Steven James Griffin, Esq.<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Email: brooke.huppenthal@ag.tn.gov<br>Email: reed.smith@ag.tn.gov<br>Email: steven.griffin@ag.tn.gov |

| | |
|---|---|
| David M. Sanders, Esq.<br>Jessica Jernigan-Johnson, Esq.<br>Knox County Law Department<br>400 W Main Street, Suite 612<br>Knoxville, TN 37902<br>Email: david.sanders@knoxcounty.org<br>Email: jessica.johnson@knoxcounty.org | James Holloway<br>Covington & Burling, LLP<br>1999 Avenue of the Stars<br>Suite 3500<br>Los Angeles, CA 90067<br>Email: Jholloway@cov.com |

                                                          s/ S. Jae Lim
                                                          S. JAE LIM, B.P.R. #034764
                                                          Assistant United States Attorney